# United States Court of Appeals
## For the First Circuit

---

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form by the deadline indicated in the Calendaring Notice issued by the court and, in any regard, no later than two weeks prior to oral argument.**

Counsel presenting oral argument must be admitted to practice before this court and must have entered an appearance in the case. Counsel who have not entered an appearance must file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 25-1648

Case Name: United States v. Jose Miguel Pena de la Cruz

Date of Argument: December 3, 2025

Location of Argument: ☑ Boston ☐ Puerto Rico ☐ Other: ____________________

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Jose Miguel Pena de la Cruz, Defendant- Appellee

Attorney Name: Judith H. Mizner First Circuit Bar No.: 11056

Phone Number: 617-223-8061 Fax Number: 617-334-7991

Email: judith_mizner@fd.org

Check the box that applies:

☑ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

/s/ Judith H. Mizner 11/3/2025
(Signature) (Date)