

**U.S. Department of Justice**

***Leah B. Foley***
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

November 20, 2025

Anastasia Dubrovsky, Esq.
Clerk of Court
Court of Appeals for the First Circuit
John Joseph Moakley United States Courthouse
One Courthouse Way, Suite 2500
Boston, Massachusetts 02210

**Re: United States v. Pena de la Cruz**
     **Appeal No. 25-1648**

Dear Ms. Dubrovsky:

Pursuant to Fed. R. App. P. 28(j), the government writes to provide two additional statutory citations for its argument [OB 10-12] that there is no conflict between the detention provisions found in the Bail Reform Act (BRA) and in the Immigration and Nationality Act (INA). The government quoted the Second Circuit's citation to 8 U.S.C. § 1225(b)(2)(A), *see United States v. Lett*, 944 F.3d 467, 470 (2d Cir. 2019) [OB 11], but two other INA detention provisions are more directly pertinent here: 8 U.S.C. § 1226(a) authorized defendant's detention when he was initially taken into ICE custody in April 2025 [ECF 41-1 at 2], and 8 U.S.C. § 1231(a)(2) *required* his detention after the final order of removal (which he did not contest) issued in May 2025 [JA: 58-59].

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:   /s/ *Donald C. Lockhart*
DONALD C. LOCKHART
Assistant U.S. Attorney

cc:   Judith Mizner
Assistant Federal Public Defender
Federal Public Defender Office
District of Massachusetts
51 Sleeper Street, 5th Floor
Boston, MA 02210