

**Federal Public Defender Office**
**Districts of Massachusetts, New Hampshire, and Rhode Island**

51 Sleeper Street, Fifth Floor
Boston, Massachusetts 02210

TARA I. ALLEN
Interim Federal Public Defender

TELEPHONE: 617-223-8061
FACSIMILE:  617-334-7991

December 9, 2025

Anastasia Dubrovsky
Clerk of Court
United States Court of Appeals
 for the First Circuit
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

    Re:    <u>United States v. Pena de la Cruz</u>, No. 25-1648

Dear Ms Dubrovsky:

    I request that you bring this letter, submitted pursuant to Rule 28(j) of the Federal Rules of Appellate Procedure, to the attention of the panel in this case, Judges Montecalvo, Kayatta and Lipez.

    In responding to the government's assertion that a defendant must establish bad faith as a prerequisite to dismissal of an indictment with prejudice under F.R.Cr.P. 48(a) I stated at oral argument that a number of courts have dismissed indictments with prejudice without requiring such a showing. I provide the citations to those cases below.

- *United States v. Tamup-Tamup*, 2025 WL 2662293 (D.R.I. 2025)
- *United States v. Guimaraes*, 2025 WL 1899046 (D.Mass. 2025)
- *United States v. Adams*, 777 F.Supp.3d 185 (S.D.N.Y. 2025)
- *United States v. Escobedo-Molina*, 790 F.Supp.3d 1283 (D. Ariz. 2025)
- *United States v. Madzarac*, 678 F.Supp.3d 42 (D.D.C. 2023)
- *United States v. Urizar-Lopez*, 587 F.Supp.3d 835 (S.D. Iowa 2022)
- *United States v. Ferreira-Chavez*, 2021 WL 602822 (D.Idaho 2021), *adopting magistrate's report and recommendation after independent examination*, 2020 WL 159191
- *United States v. Castro-Guzman*, 2020 WL 3130397 (D. Ariz. 2020), *adopting and accepting magistrate's report and recommendation*, 2020 WL 3130395
- *United States v. Borges*, 153 F.Supp.3d 216 (D.D.C. 2015).

    Sincerely,

    */s/ Judith H. Mizner*

## CERTIFICATE OF SERVICE

I, Judith H. Mizner, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, including all counsel of record for the United States, Donald C. Lockhart and Annapurna Balakrishna as identified on the Notice of Electronic Filing on December 9, 2025.

/s/Judith H. Mizner